IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUKE BOLTER,<br><br>   Plaintiff,<br><br> v.<br><br>FRANCISCO JACQUES, et al.,<br><br>   Defendants.<br>_____/ | No. C 09-04587 CW (PR)<br><br>ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO PROVIDE COURT WITH PROOF OF SERVICE UPON DEFENDANTS; DENYING HIS APPLICATION TO PROCEED IN FORMA PAUPERIS; AND DENYING HIS MOTION FOR SERVICE OF THE AMENDED COMPLAINT BY THE U.S. MARSHALL |

  Plaintiff, a state prisoner, filed the present <u>pro se</u> prisoner action under 42 U.S.C. § 1983.

  On May 3, 2010, he filed a first amended complaint.

  Plaintiff paid the full filing fee in this action; therefore, the Court reviewed his first amended complaint under § 1915A, and not the provisions of the <u>in forma pauperis</u> statute (28 U.S.C. § 1915(e)).  In an Order dated June 1, 2010, the Court issued its Order finding certain claims cognizable, dismissing other claims with leave to amend, and directing Plaintiff to provide the Court with proof of service of the summons and first amended complaint upon Defendants Weningham, Sayre, McLean, Risenhoover and Flowers. He was also informed that the failure to do so shall result in the dismissal of all claims against these Defendants.

  In an Order dated October 8, 2010, the Court granted Plaintiff an extension of time to provide the Court with proof of service of the summons and first amended complaint upon Defendants Weningham, Sayre, McLean, Risenhoover and Flowers.

Before the Court is Plaintiff's second motion for an extension of time to provide the Court with proof of service of the summons and first amended complaint upon Defendants Weningham, Sayre, McLean, Risenhoover and Flowers. Also before the Court are Plaintiff's motion for leave to proceed in forma pauperis and his "Motion Requesting Court Order [the] United States Marshal to Serve Amended Complaint/Waiver Forms on All Defendants." Having read and considered Plaintiff's requests, and good cause appearing,

IT IS HEREBY ORDERED that the Court GRANTS Plaintiff's request for an extension of time to provide the Court with proof of service of the summons and first amended complaint upon Defendants Weningham, Sayre, McLean, Risenhoover and Flowers (docket no. 21), and that the time to do so will be extended up to and including sixty (60) days from the date of this Order. Failure to do so by the new deadline shall result in the dismissal of all claims against these Defendants.

As mentioned above, Plaintiff has paid the requisite filing fee; however, he moves to proceed in forma pauperis under 28 U.S.C. § 1915 as to all other aspects of this case. The trust account materials indicate that Petitioner had an average monthly balance of $962.14 in his trust account. His balance on July 27, 2010 was $820.83. This is sufficient to cover the costs associated with service of the summons and first amended complaint upon Defendants Weningham, Sayre, McLean, Risenhoover and Flowers. Alternatively, Plaintiff may proceed with a request for waiver of service of summons or with arranging for payment to the Marshal to serve summons, as explained in the Court's earlier orders.

Accordingly, Plaintiff's application to proceed in forma pauperis under 28 U.S.C. § 1915 as to all other aspects of this case (docket no. 17) is DENIED.  Therefore, Plaintiff's "Motion Requesting Court Order [the] United States Marshal to Serve Amended Complaint/Waiver Forms on All Defendants" (docket no. 22) is also DENIED.

This Order terminates Docket nos. 17, 21 and 22.

IT IS SO ORDERED.

Dated: 1/25/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

|   |   |
|---|---|
| DUKE BOLTER,<br><br>        Plaintiff,<br><br>  v.<br><br>FRANCISCO JACQUES et al,<br><br>        Defendant. | Case Number: CV09-04587 CW<br><br>**CERTIFICATE OF SERVICE** |

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 25, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Duke Bolter E-13662
Pelican Bay State Prison
P.O. Box 7500
D-2 #108
Crescent City, CA 95532

Dated: January 25, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk