IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DUKE BOLTER,

    Plaintiff,

  v.

WARDEN FRANCISCO JACQUES, et al.,

    Defendants.
    /

No. C 09-04587 CW (PR)

ORDER DIRECTING CLERK OF COURT TO TERMINATE ACTION

Pursuant to the notice of voluntary dismissal of this action filed by Plaintiff on April 4, 2011, this action is terminated. See Fed. R. Civ. P. 41(a)(1)(A)(i) ("[A]n action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal."); Hamilton v. Shearson-Lehman Am. Exp. Inc., 813 F.2d 1532, 1534-1536 (9th Cir. 1987) (Rule 41(a)(1)(A)(i) does not require leave of court to dismiss the action). The dismissal is without prejudice. See Fed. R. Civ. P. 41(a)(1)(B) (unless plaintiff's notice of dismissal states otherwise, it is deemed to be "without prejudice"); Humphreys v. United States, 272 F.2d 411, 412 (9th Cir. 1959).

The Clerk of the Court shall close the file. All pending motions are terminated.

IT IS SO ORDERED.

Dated: 4/12/2011

                                            CLAUDIA WILKEN
                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DUKE BOLTER,

        Plaintiff,

  v.

FRANCISCO JACQUES et al,

        Defendant.

Case Number: CV09-04587 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 12, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Duke Bolter E-13662
Pelican Bay State Prison
P.O. Box 7500
D-2 #108
Crescent City, CA 95532

Dated: April 12, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2